UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.        Criminal No. 12-cr-42-01-JL

<u>Benjamin J. Hammond</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to July 30, 2012 at 10:30 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              _____
              Joseph N. Laplante
              United States District Judge

Date: May 21, 2012

cc: Jonathan Saxe, Esq.
   Debra Walsh, Esq.
   U.S. Marshal
   U.S. Probation